FILED
CLERK, U.S. DISTRICT COURT

AUG 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL LOPEZ, ) | NO. CV 08-2872-CAS(E) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| JOHN F. SALAZAR, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _____August 8_____, 2008.

_____Christina A. Snyder_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE